**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 308 WAL 2023

         Respondent            :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

         v.                     :

                                  :

GINO FRANK SCATENA,           :

                                  :

          Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.